IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDREW ALLEN, | § | |
| | § | No. 103, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior |
| | § | Court of the State of |
| v. | § | Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1510018545A |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: November 5, 2025
Decided: December 4, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinions dated April 15, 2024 and February 7, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice